```
                                        U.S. DISTRICT COURT
                                        DISTRICT OF VERMONT
                                             FILED

                                        2023 OCT -4  AM 11:28
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CLERK

BY \_\_\_\_\_(signature)\_\_\_\_\_
DEPUTY CLERK

Skiology, LLC
                        Plaintiff,

- against –

Matthew Bramble, individually and doing business as "Skiology Matt"; and Servpure Incorporated, d/b/a "Skiology,"
                        Defendants.

Case No. 2:23-cv-00026-cr

## Consented Stipulation to Voluntarily Dismiss with Prejudice

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Skiology, LLC, by and through its attorneys, Gordon E. R. Troy, PC., and Defendants Matthew Bramble, individually and doing business as "Skiology Matt"; and Servpure Incorporated, d/b/a "Skiology," by and through their attorneys, Downs Rachlin Martin PLLC, hereby stipulate to the voluntary dismissal with prejudice of the within action.

Plaintiff and Defendants (the "Parties") have entered into a confidential Settlement Agreement settling their dispute under terms acceptable to each.

The Parties shall each bear their own costs, expenses and attorneys' fees of the within action.

Respectfully submitted this 3rd day of October 2023:

| | |
|---|---|
| GORDON E. R. TROY, PC | DOWNS RACHLIN MARTIN PLLC |
| /s/ Gordon E. R. Troy | /s/ Matthew S. Borick |
| Gordon E. R. Troy | Matthew S Borick |
| *Attorneys for Plaintiff* | William J. Morris, III |
| | *Attorneys for Defendants* |

APPROVED and SO ORDERED: _____

Hon. Christina Reiss, U.S. District Court Judge
Date: 10/3/23

---

Skiology, LLC v. Matthew Bramble, et. al.                                    Case No. 2:23-cv-00026-cr

Page 2